BLANK ROME LLP
Attorneys for Plaintiff
CLIPPER BULK SHIPPING, N.V.
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIPPER BULK SHIPPING, N.V.,

    Plaintiff,

-against-

AL TUWAIRQI GROUP, DIRECT REDUCTION IRON COMPANY,

    Defendants.

07 Civ. **07 CIV 8203**

*RECEIVED SEP 19 2007 U.S.D.C. S.D.N.Y. CASHIERS*

*JUDGE KEENAN*

**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Clipper Bulk Shipping, N.V. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           September 19, 2007

BLANK ROME LLP
Attorneys for Plaintiff
CLIPPER BULK SHIPPING, N.V.

By _____
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Tel.: (212) 885-5000

695117.00602/6574502v.2