BLANK ROME LLP
Attorneys for Plaintiff
CLIPPER BULK SHIPPING, N.V.
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIPPER BULK SHIPPING, N.V.,<br><br>Plaintiff,<br><br>-against-<br><br>AL TUWAIRQI GROUP, DIRECT REDUCTION IRON COMPANY,<br><br>Defendants. | 8203<br>07 Civ. 6291 (CM) (FM)<br><br>**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE AND OF VACATING OF ORDER OF MARITIME ATTACHMENT AND GARNISHMENT** |

Plaintiff, CLIPPER BULK SHIPPING, N.V., by its attorneys Blank Rome LLP, prior to the entry of any appearance by defendant, hereby voluntarily dismisses this action and agrees that the Court may vacate the Order of Maritime Attachment and Garnishment herein ("Order"), without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff further asks that the Court direct Garnishee(s) holding funds pursuant to the Order to release

695117.00602/6600033v.1

said funds in accordance with instructions to be separately provided to the Garnishee(s) by undersigned counsel for Plaintiff.

Dated: New York, New York
       December 19, 2007

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    CLIPPER BULK SHIPPING, N.V.

                                    By_____
                                       LeRoy Lambert (LL-3519)
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174-0208
                                    (212) 885-5000

SO ORDERED:

_____
          U.S.D.J.

John F. Keenan    12/27/07
U.S.D.J.